No. 165.  INTERSTATE ROOFING & SUPPLY Co. *v.* DEPARTMENT OF TREASURY ET AL.  October 11, 1943.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Messrs. Earl B. Barnes,*

*Alan W. Boyd, Charles M. Wells,* and *Benj. F. J. Odell* for petitioner. *Messrs. James A. Emmert,* Attorney General of Indiana, *Joseph W. Hutchinson, David I. Day, Jr., Byron B. Emswiller, John J. McShane,* and *Winslow Van Horne,* Deputy Attorneys General, for respondents. ▇

